

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 57- UNA |
| | ) |
| AMPARO VEGA-CORTEZ | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 17, 2007, in the State and District of Delaware, Defendant AMPARO VEGA-CORTEZ, an alien and subject of Mexico, was found in the United States, after having been removed therefrom on or about November 23, 1999, at or near Laredo, Texas, and Defendant was knowingly in the United States, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL:

Foreperson

FILED
APR 24 2007
U.S. DISTRICT COURT
DISTRICT OF

COLM F. CONNOLLY
UNITED STATES ATTORNEY

David L. Hall
Assistant U.S. Attorney
Dated:    April 24, 2007

REDACTED