AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| AMPARO VEGA-CORTEZ | CASE NUMBER: 07- 74 M |

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest **Amparo Vega-Cortez** when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment ___ Information **_X_** Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

Re-entry after deportation.

in violation of Title __8__ United States Code, Section (s) __1326(a)__

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
**District of Delaware**
Title of Issuing Officer

**April 19, 2007** Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>4-19-07 | NAME AND TITLE OF ARRESTING OFFICER<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|
| DATE OF ARREST<br>4-19-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest