AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

ROBERT ALEXIS ESCOBAR-SOLANO

**WARRANT FOR ARREST**

Case Number: CR 07-51-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT ALEXIS ESCOBAR SOALNO
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

REENTRY AFTER FELONY DRUG CONVICTION AND SUBSEQUENT DEPORTATION

in violation of Title ___8___ United States Code, Section(s) ___1326(a) and (b)(2)___

PETER T. DALLEO
Name of Issuing Officer

BY: _____ DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

APRIL 12, 2007  at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-17-07 | William David, USM | William [signature] |
| DATE OF ARREST 6-14-07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____