IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-57 GMS |
| | : |
| AMPARO VEGA-CORTEZ | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a change of plea hearing regarding the above-captioned defendant is scheduled for **Friday, July 27, 2007, at 12:00 p.m.** before the Honorable Gregory M. Sleet, Chief United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 20, 2007